CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

DEC 11 2017

JULIA C. DUDLEY, CLERK
BY: a-Blaylock
DEPUTY CLERK

November 3, 2017

To whom it may concern:

    Due to an active Protective Order I have against a Stalker (Andrew Carlson) who uses Pacer.gov to track my actions, please seal all information in my pleadings which contain contact information regarding my residence, phone number and email. I have also enclosed a copy of my Virginia ACP card.

Thank you,

Melinda Scott

**EMERGENCY PROTECTIVE ORDER**
Commonwealth of Virginia Va. Code § 19.2-152.8

Court Case No. CL17000047-00

WISE COUNTY CIRCUIT COURT

[ ] General District Court   [X] Circuit Court
[ ] Juvenile and Domestic Relations District Court

| ALLEGED VICTIM | DATE OF BIRTH OF ALLEGED VICTIM |
|---|---|
| MELINDA SCOTT | 06/05/1985 |

v.

| RESPONDENT | RESPONDENT IDENTIFIERS (IF KNOWN) |
|---|---|
| ANDREW CARLSON | RACE: W   SEX: M   BORN: MO 03 / DAY 26 / YR 1991   HT: FT 5 / IN 08   WGT: 140   EYES: GR   HAIR: BR |
| 150 WILLOW CREEK AVENUE | SSN 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 |
| SCHENECTADY, NY 12304 | DRIVER'S LICENSE NO.   STATE   EXP. |

[ ] CAUTION: Weapon Involved

**REQUEST FOR EMERGENCY PROTECTIVE ORDER**
To the individual requesting the order: Please provide information on alleged victim and other requested protected persons on form DC-621, NON-DISCLOSURE ADDENDUM.

I, the undersigned, assert under oath that the alleged victim is being or has been subjected to an act of violence, force, or threat, specifically:
MELLINDA SCOTT, CALEB CARCAMO, ENOCH CARCAMO, HANNAH SCOTT AND GABRIEL SCOTT

Therefore, I respectfully request the [X] issuance [ ] extension of an emergency protective order. In the case of a request for extension, I certify that the person in need of protection is physically or mentally incapable of filing a petition pursuant to Virginia Code § 19.2-152.9 or 19.2-152.10.

NAME AND AGENCY/RELATIONSHIP TO VICTIM
(If law enforcement officer, include badge and code no.)

[ ] ALLEGED VICTIM/PARENT/PERSON IN LOCO PARENTIS
[ ] LAW ENFORCEMENT OFFICER

DATE

Subscribed and sworn to before me this day [ ] in person [ ] by electronic communication
(If oath taken by electronic communication, print or type name of judge or magistrate taking oath.)

DATE   [ ] JUDGE   [ ] MAGISTRATE

**EMERGENCY PROTECTIVE ORDER**
Based on the above assertion and other evidence, I find that (if checked below):
[ ] There is probable danger of a further act of violence, force, or threat being committed by the Respondent against _____ the alleged victim; OR
[X] A [ ] warrant [X] petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat as defined in Va. Code § 19.2-152.7:1.

It is ORDERED that the request is hereby [ ] denied [X] granted and ORDERED that the Respondent shall observe the following conditions:
[X] The Respondent shall not commit acts of violence, force, or threat or criminal offenses resulting in injury to person or property.
[X] In order to protect the safety of the alleged victim or the alleged victim's family or household members, the Respondent shall have no contact of any kind with _____ or friends _____
_____ [ ] except as follows: _____
[ ] The Respondent is also prohibited from being in the physical presence of

[ ] The alleged victim is granted possession of the companion animal, described as _____ (NAME/TYPE)
[X] It is further ordered that no contact between parties in any form - media, texts, facebook, letters, internet, or any electronic media whatsoever
[ ] Supplemental Sheet to Protective Order, Form DC-653, attached and incorporated by reference. Number of supplemental pages _____

This Order is issued on   FEBRUARY 9, 2017
                          DATE

THIS ORDER EXPIRES ON   FEBRUARY 9, 2019   at 11:59 p.m.
                        DATE

RESPONDENT: SEE WARNINGS ON REVERSE

Print or type name of judge or magistrate if oral order
is reduced to writing by the law enforcement officer.)

[signature]   [ ] JUDGE   [ ] MAGISTRATE

VERIFICATION: I have verified this order.   DATE   [ ] JUDGE   [ ] MAGISTRATE

FORM DC-382 (FRONT) 07/16

**COMMONWEALTH OF VIRGINIA**
**Address Confidentiality Program**

**MELINDA SCOTT**

is authorized to participate in the Address Confidentiality Program pursuant to VA. Code §2.2-515.2

DOB: 06/05/1985
EXPIRES: 10/24/2020

**Authorization**
2014PMB87

