# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JUDITH M. LYALL, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

    The plaintiff, Melinda Scott, has filed an application to proceed without prepaying fees or costs. The plaintiff's application is hereby GRANTED.

    Scott has filed a Complaint alleging that the defendants improperly denied her the ability to appeal a Virginia general district court judgment against her without posting an appeal bond. In the Complaint, Scott states that when she requested to appeal in forma pauperis, she was told that although she qualified for a waiver of the appeal fees, she nevertheless had to pay an appeal bond for the attorney's fees judgment imposed against her. However, Scott does not explain who told her this, the reason given for why she would have to pay the attorney's fees, or what, if anything, she did in response to this. Accordingly, Scott must file with the court a written statement within 14 days of this date setting forth all of

these facts in detail. Otherwise, her Complaint will be dismissed without further notice.

It is so **ORDERED**.

ENTER: December 12, 2017

/s/  James P. Jones
United States District Judge