

Melinda Scott
PO Box 1133
Richmond, VA 23218

Clerk
United States District Court
Office of the Clerk
180 W. Main St, Rm 104
Abingdon, VA 24210

