# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **MELINDA SCOTT,** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:17CV00050 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **JUDITH M. LYALL, ET AL.,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendants. ) | |

For the reasons set forth in the accompanying Opinion the plaintiff's Complaint is hereby DISMISSED.

The clerk shall close the case.

It is so **ORDERED**.

ENTER: January 8, 2018

/s/ James P. Jones
United States District Judge